STATE of Missouri, Respondent,

v.

Thomas James RILEY, Appellant.

No. WD 39756.

Missouri Court of Appeals,
Western District.

May 24, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1988.

James F. Crews, Tipton, for appellant.

Richard G. Callahan, Mark A. Richardson, Cole County Pros. Atty's Office, Jefferson City, for respondent.

Before SHANGLER, P.J., and LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from conviction of driving while intoxicated, § 577.010, RSMo., sentence of five days imprisonment and fine of $500.00 as provided in § 558.011.1(5) and 560.016.-1(1), RSMo.

Judgment affirmed. Rule 30.25(b).